**Order entered November 12, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C., Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

We **REINSTATE** this appeal which we abated for the trial court to conduct a hearing to determine why the reporter's record of certain trial court proceedings had not been filed. Because the missing portion of the reporter's record has now been received, we **VACATE** our September 30, 2019 order directing court reporter Vielica Dobbins not sit as a reporter until the record is filed and our November 7, 2019 order abating the appeal.

We **ORDER** the record received November 8, 2019 filed as of the date of this order. With the record now complete, we further **ORDER** appellants to file their brief on the merits no later than December 12, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court and the court for which Ms. Dobbins is currently the official reporter; Ms. Dobbins; the Dallas County Auditor's Office; and, the parties.

/s/     KEN MOLBERG
          JUSTICE